

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00591-CR

Joan Rafael **SUSTAITA SERNA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 8, Bexar County, Texas
Trial Court No. 2025-CC-008252
Honorable Mary D. Roman, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED November 5, 2025.

_____
Lori I. Valenzuela, Justice